No. 4,123.—STATE EX REL. WM. O'MALLEY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control against the District Court of Silver Bow County and J. V. Dwyer, a Judge thereof.

Decided October 20, 1917.

PER CURIAM.—Relator's application for a writ of supervisory control is after due consideration by the court denied.

*Mr. Edwin M. Lamb* and *Mr. William Meyer,* for Relator.

———

No. 4,129.—STATE EX REL. ROY STEPHENSON, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of review to the District Court of the Fifth Judicial District and Jos. C. Smith, a Judge thereof.

Decided October 31, 1917.

PER CURIAM.—Relator's petition for writ of review is this day denied.

*Mr. Harlow F. Pease,* for Relator.